# AARON, DAUTCH, STERNBERG & LAWSON, LLP

WILLIAM E. LAWSON  
ROBERT C. BOEHM  
FRANCIS P. WEIMER  

COUNSELLORS AT LAW  
CONVENTION CENTER TOWER  
43 COURT STREET • SUITE 730  
BUFFALO, NEW YORK 14202-3172  
TEL: (716) 854-3015  
FAX: (716) 854-1716  

HOWARD AARON  
(1892-1952)  
CHARLES DAUTCH  
(1898-1979)  
LOUIS STERNBERG  
(1908-1996)

3/17/11
# 11091509
Ky

$1202.23

March 17, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

      Re: (Case Name) <u>Buehler, Edward J. & Ruth E.</u> / Case #01-13359-CLB
      Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of <u>$1,202.23</u>. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    <u>X</u>  I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), or

    _____  The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant: <u>MCCBG</u>    Amount $ <u>920.28</u>    Claims Register #<u> 5 </u>

Claimant: <u>MCCBG</u>    Amount $<u>281.95</u>    Claims Register #<u>5 I (interest)</u>

                                                      _____
                                                      Trustee Name: William E. Lawson



FILED MAR 17 2011
BANKRUPTCY COURT
BUFFALO, N.Y.