11092214
$224.03

# AARON, DAUTCH, STERNBERG & LAWSON, LLP
COUNSELLORS AT LAW
CONVENTION CENTER TOWER
43 COURT STREET • SUITE 730
BUFFALO, NEW YORK 14202-3172
TEL: (716) 854-3015
FAX: (716) 854-1716

WILLIAM E. LAWSON
ROBERT C. BOEHM
FRANCIS P. WEIMER

HOWARD AARON
(1892-1952)
CHARLES DAUTCH
(1898-1979)
LOUIS STERNBERG
(1908-1996)

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
*(Use either Buffalo or Rochester address of Clerk's Office, based on where the case is venued)*

Re: (Case Name) EDWARD & RUTH BUEHLER /Case # 01-13359CLB
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $ 224.03 . I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

__X__ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), or

____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant MCCGB          Amount $ 57.62    Claims Register # 51

Claimant PROVIDIAN FINANCIAL  Amount $ 166.41  Claims Register # 61

Claimant _____ Amount $ _____  Claims Register # _____

Claimant _____ Amount $ _____  Claims Register # _____


FILED
AUG -8 2011
BANKRUPTCY COURT
BUFFALO, N.Y.

_____
Trustee Name

Case 1-01-13359-CLB    Doc 120    Filed 08/08/11    Entered 08/08/11 16:20:59    Desc
Main Document    Page 1 of 1